McCOACH, Internal Revenue Collector, v. BAMBERGER et al.

(Circuit Court of Appeals, Third Circuit. March 9, 1908.)

No. 9.

INTERNAL REVENUE—LEGACY TAXES—EFFECT OF REPEAL OF STATUTE.

Legacy taxes under War Revenue Act June 13, 1898, c. 448, §§ 29, 30, 30 Stat. 464, 465, as amended by Act March 2, 1901, c. 806, §§ 10, 11, 31 Stat. 946, 948 (U. S. Comp. St. 1901, pp. 2307, 2308), which were made due and payable one year after the death of the testator, are not collectible on the estates of persons who died within one year prior to July 1, 1902, at which time the repeal of said section 29 took effect (Act April 12, 1902, c. 500, § 7, 32 Stat. 97 [U. S. Comp. St. Supp. 1907, p. 649]).

In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania.

Jasper Yeates Brinton and J. Whitaker Thompson, for plaintiff in error.

Wm. Jay Turner, for defendants in error.

Before DALLAS, GRAY, and BUFFINGTON, Circuit Judges.

PER CURIAM. Counsel for both parties agreeing that the only question sought to be raised in this case is that which was presented in the cases of McCoach v. Trust Co. and McCoach v. Norris, 142 Fed. 120, 73 C. C. A. 610, we need only say that, as there has not in the meantime been any contrary decision of that question by the Supreme Court, we adhere to the position taken by us in the cases referred to, and accordingly the judgment in the present case is affirmed.